UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA        CRIMINAL ACTION  1:25-CR-00173-02

VERSUS        JUDGE EDWARDS

CHAD DOYLE (02)        MAGISTRATE JUDGE PEREZ-MONTES

---

## ORDER APPOINTING COUNSEL

Upon consideration of Defendant's Financial Affidavit, defense counsel's representations on record, and/or other reliable information provided to the undersigned by the pretrial services office, IT IS HEREBY ORDERED that:

☒    Defendant's application for appointment of counsel is GRANTED, as Defendant financially qualifies for appointed counsel, and therefore:

- the Office of the Federal Public Defender is hereby APPOINTED to represent Defendant or, alternatively, to recommended counsel to be appointed from the CJA Panel as a condition of the appointment; and
- pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, the Clerk of Court is ORDERED to issue a subpoena for any witness whose presence is necessary to present an adequate defense.

☐    Defendant's application for appointment of counsel is DENIED, as Defendant does not financially qualify for appointed counsel.

Pursuant to 18 U.S.C. § 3006A and Rule V(D) of the Court's Criminal Justice Act Plan, this appointment is made retroactive to include any representation provided to Defendant before entry of this Order.

SIGNED on Thursday, July 17, 2025.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE